In the Matter of the Judicial Settlement of the Account of MARY J. ODELL, as Sole Surviving Testamentary Trustee, etc., of LAWRENCE ODELL, Deceased, Appellant.

LYDIA H. KANE and Others, Respondents.

*Decedent's estate — accounting — commissions on sale of real estate.*

Appeal from a decree of the Surrogate's Court of the county of New York, entered on the 26th day of October, 1912, settling the account of a testamentary trustee, and from an order entered on the 28th day of June, 1912, denying a motion to reopen the hearing before a referee to take and state the account.

PER CURIAM: We think the trustee should have been allowed, in the settlement of her account, $200, the amount of commissions paid by her upon the sale of certain lots in the Wakefield tract. The referee, in his opinion, overruled the contestant's objections to these payments, but there was no mention of them in his report, or in the decree of the Surrogate's Court confirming the same, and the trustee was charged with the gross amount of sales. This was evidently an inadvertence. The decree, therefore, should be modified by crediting the trustee with the sum of $200; and as thus modified affirmed, with costs to the respondent. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order modified as directed in opinion, and as modified affirmed, with costs to the respondent. Order to be settled on notice.

———

CHARLES E. LEVY, Appellant, *v.* GUARDIAN TRUST COMPANY, Respondent.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 24th day of June, 1914, resettling a prior order dismissing the complaint for failure to prosecute.

PER CURIAM: The evidence of laches upon the part of the plaintiff in the prosecution of this action did not warrant the dismissal of the complaint. The order must be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott and Dowling, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.